IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| HOLLI LUNDAHL, | ) | |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | 4:19CV3010 |
| | ) | |
| V. | ) | |
| | ) | |
| EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANSUNION LLC, | ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

Because of the Order of Referral to the United States Attorney, *see*, *e.g.*, filing no. 53 in 8:16CV368,

IT IS ORDERED that this case is stayed until further order of the undersigned.

DATED this 8th day of February, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge