IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| HOLLI LUNDAHL, | ) | 4:19CV3010 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANSUNION LLC, | ) | |
| Defendants. | ) | |

IT IS ORDERED that Filing No. 13, Defendant's motion to strike notice of appearance, is granted, and, accordingly, that the clerk of the court shall strike Filing No. 11.

DATED this 17th day of May, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge