# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HOLLI LUNDAHL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION, LLC,<br><br>　　　　Defendants. | Case No. 4:19CV3010<br><br>**ORDER** |

THIS MATTER came before the Court upon Defendant Equifax Information Services, LLC's Motion to Substitute Counsel in the above-captioned matter. The Court finds that Gregory C. Scaglione and Michele E. Young of the law firm of Koley Jessen P.C., L.L.O., shall be substituted as counsel of record for Defendant Equifax Information Services, LLC, and that Lewis P. Perling and King, Spaulding Law Firm may withdrawal as counsel of record for Defendant Equifax Information Services, LLC.

IT IS THEREFORE ORDERED, ADJUDICATED AND DECREED, that Defendant Equifax Information Services LLC's Motion for Substitution of Counsel is granted in all respects.

DATED this 29th day of June 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge

PREPARED AND SUBMITTED BY:

Gregory C. Scaglione, #19368
Michele E. Young, #21807
KOLEY JESSEN P.C., L.L.O.
One Pacific Place, Suite 800
1125 South 103rd Street
Omaha, NE  68124-1079
(402) 390-9500
(402) 390-9005 (facsimile)
greg.scaglione@koleyjessen.com
michele.young@koleyjessen.com